# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-1253

_____

United States of America

*Plaintiff - Appellee*

v.

Anthony Dwayne Clay, also known as Oak

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern

_____

Submitted: November 17, 2025
Filed: November 20, 2025
[Unpublished]

_____

Before SMITH, GRUENDER, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Anthony Clay appeals after the district court[1] revoked his supervised release. His counsel has moved to withdraw and has filed a brief arguing that the district court

_____

[1]The Honorable Stephen H. Locher, United States District Judge for the Southern District of Iowa.

erred in concluding he committed the charged violations, deciding to revoke Clay's supervised release, and imposing a substantively unreasonable sentence.

After careful review of the record, we conclude that the district court did not clearly err in finding that Clay committed a Grade A violation of his supervised release or abuse its discretion in revoking his supervised release. *See United States v. Black Bear*, 542 F.3d 249, 252 (8th Cir. 2008) (reviewing a decision to revoke supervised release for abuse of discretion and the subsidiary finding as to whether a violation occurred for clear error). We also conclude that the district court did not abuse its discretion in imposing a revocation sentence. *See United States v. Miller*, 557 F.3d 910, 917 (8th Cir. 2009) (discussing abuse-of-discretion review for the substantive reasonableness of a revocation sentence).

Accordingly, we grant counsel's motion to withdraw and affirm.

_____